UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| MARIE POPE ) | |
| ) | |
| v. ) | |
| ) | NO. 3:09-cv-0245 |
| GENERAL DYNAMICS INFORMATION ) | JUDGE CAMPBELL |
| TECHNOLOGY, INC.; TAD ) | |
| TECHNICAL SERVICES ) | |
| CORPORATION; and ADECCO USA, ) | |
| INC. ) | |

ORDER

Pending before the Court is Defendants' Motion for Summary Judgment (Docket No. 16). For the reasons stated in the accompanying Memorandum, Defendants' Motion is GRANTED in part and DENIED in part.

IT IS SO ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE