UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| MARIE POPE ) | |
| ) | |
| v. ) | |
| ) | NO. 3:09-cv-0245 |
| GENERAL DYNAMICS INFORMATION ) | JUDGE CAMPBELL |
| TECHNOLOGY, INC.; TAD ) | |
| TECHNICAL SERVICES ) | |
| CORPORATION; and ADECCO USA, ) | |
| INC. ) | |

ORDER

Pending before the Court is a Joint Motion Regarding Conflict With Pretrial Conference. (Docket No. 33). The Motion is GRANTED. The Pretrial Conference remains set for July 26, 2010 at 1:00 p.m.; however, the parties may excuse one attorney from each side and allow the remaining attorneys to attend the Pretrial Conference.

IT IS SO ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE