UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

MARIE POPE                              )
                                        )
v.                                      )
                                        )    NO. 3:09-0245
GENERAL DYNAMICS INFORMATION            )    JUDGE CAMPBELL
TECHNOLOGY, INC.; TAD                   )
TECHNICAL SERVICES                      )
CORPORATION; and ADECCO USA,            )
INC.                                    )

ORDER

Pending before the Court is Defendants' Motion for Leave to Be Excused From the Court's Electronic Filing Requirement (Docket No. 44). Defendants' Motion is GRANTED.

IT IS SO ORDERED.

                                                */s/ Todd Campbell*
                                                TODD J. CAMPBELL
                                                UNITED STATES DISTRICT JUDGE