UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

MARIE POPE )
)
v. )
) NO. 3:09-0245
GENERAL DYNAMICS INFORMATION ) JUDGE CAMPBELL
TECHNOLOGY, INC.; TAD )
TECHNICAL SERVICES )
CORPORATION; and ADECCO USA, )
INC. )

ORDER

The Court held a pretrial conference on July 26, 2010 at 1:00 p.m., wherein the following rulings were made:

Defendants' Motion *In Limine* to Exclude Evidence Relating to Plaintiff's Sex Discrimination Claim (Docket No. 36) is DENIED for the reasons stated on the record.

Defendants' Motion *In Limine* to Exclude July 24, 2008 E-mail And Defendants' Reaction Thereto (Docket No. 38) is DENIED as to impeachment and use under Fed. R. Evid. 801(d)(1)(B) and GRANTED as to use for notice for the reasons stated from the bench.

Defendants' Motion *In Limine* to Exclude Audio Recordings And "List of Comments" (Docket No. 40) is DENIED as to the audio tapes and GRANTED as to the list. Plaintiff's counsel represented they would not use the audio tapes in their case-in-chief, but possibly for impeachment. Plaintiff may use the audio tapes for impeachment only after prior notice to the Court and to the Defense as discussed at the hearing.

Defendants' Motion *In Limine* to Exclude Expert Testimony of Dr. Milligan (Docket No. 42) is taken under advisement. The parties must submit the deposition and Letter from Dr.

Milligan dated 11/3/08 "To Whom It May Concern" (Plaintiff's Exhibit 24) for the Court's review.

Defendants Adecco USA, Inc. and TAD Technical Services Corporation are directed to submit their damages brief by Friday, July 30, 2010.

Any objections to deposition designations must be served on opposing counsel by Wednesday, July 28, 2010 at 12:00 p.m. A list of any unresolved objections and relevant depositions must be filed with the Court by Friday, July 30, 2010.

IT IS SO ORDERED.

                                                   TODD J. CAMPBELL
                                                   UNITED STATES DISTRICT JUDGE