IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

MARIE POPE )
 )
v. ) NO. 3:09-0245
 ) JUDGE CAMPBELL
GENERAL DYNAMICS INFORMATION )
TECHNOLOGY, et al. )

ORDER

As discussed at the pretrial conference, the bench trial of this action is continued from Tuesday, August 3, 2010, to Wednesday, August 4, 2010, beginning at 1:00 p.m.

IT IS SO ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE