IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| MARIE POPE, | ) | |
| | ) | |
| v. | ) | NO. 3:09-0245 |
| | ) | JUDGE CAMPBELL |
| GENERAL DYNAMICS INFORMATION | ) | |
| TECHNOLOGY, INC., TAD TECHNICAL | ) | |
| SERVICES CORPORATION, and | ) | |
| ADECCO USA, INC., | ) | |

ORDER

The Court has received an Agreed Stipulation of Dismissal (Docket No. 71). Accordingly, this action is DISMISSED, and the Clerk is directed to close the file. Any pending Motions are denied as moot. This Order shall constitute the final judgment in this case pursuant to Fed. R. Civ. P. 58.

IT IS SO ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE